No. 49. BAIN PEANUT CO. ET AL. *v*. PINSON ET AL.

Argued January 12, 1931. Decided January 19, 1931. *Per Curiam:* The appeal herein is dismissed for want of a properly presented federal question. *John* v. *Paullin,* 231 U. S. 583, 585; *Central Union Telephone Co.* v. *City of Edwardsville,* 269 U. S. 190, 195; *Beaty* v. *Richardson,* 276 U. S. 599. *Mr. B. G. Mansell,* with whom *Mr. B. L. Agerton* was on the brief, for appellants. *Messrs. Gib Callaway* and *Mark Callaway* submitted for appellees.

No. 52. CLARK *v*. MAXWELL, COMMISSIONER OF REVENUE.

Argued January 13, 1931. Decided January 19, 1931. *Per Curiam:* The judgment herein is affirmed. *Carley & Hamilton, Inc.,* v. *Snook,* 281 U. S. 66, 72, 73; *Packard* v. *Banton,* 264 U. S. 140, 143, 144; *Clark* v. *Titusville,* 184 U. S. 329, 332, 333. *Mr. Albert L. Cox* for appellant. *Messrs. Dennis G. Brummitt,* Attorney General of North Carolina, and *Frank Nash,* Assistant Attorney General, were on the brief for appellee.